## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER THORNTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-00036-GMB |
| | ) |
| **FREAKY FAST 1, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff, Christopher Thornton (hereinafter, "Plaintiff"), and Defendant, Freaky Fast 1, Inc. (hereinafter, "Defendant"), by and through his and its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) *Fed. R. Civ. P.*, hereby moves this Honorable Court to dismiss this action with prejudice and states as grounds:

1. Plaintiff and Defendant have reached a mutually acceptable resolution of this matter; and

2. There is no compelling reason for the case to continue in the Parties' view.

This written stipulation is filed by plaintiff's counsel with the express permission of defense counsel.

**WHEREFORE**, premises considered, Plaintiff and Defendant move this Honorable Court to dismiss this action with prejudice.

Respectfully Submitted, this the 9th day of May 2019.

*/s/ Cassie E. Taylor*
**Cassie E. Taylor**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
Telephone: 334-356-5314
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

*/s/ Amanda C. Hines*
**Amanda C. Hines**
Rushton Stakely Johnston & Garrett PA
P.O. Box 270
Montgomery, Alabama 36101
Telephone: 334-206-3224
Facsimile: 334-481-0841
Email: ach@rushtonstakely.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 9th day of May 2019 to the following:

**Amanda C. Hines**
Rushton Stakely Johnston & Garrett PA
P.O. Box 270
Montgomery, Alabama 36101
Telephone: 334-206-3224
Facsimile: 334-481-0841
Email: ach@rushtonstakely.com
*Counsel for Defendant*

        */s/ Cassie E. Taylor*
        **Cassie E. Taylor**
        ADA Group LLC
        4001 Carmichael Road, Suite 570
        Montgomery, Alabama 36106
        Telephone: 334-356-5314
        Email: CET@ADA-Firm.com
        *Counsel for Plaintiff*